JUSTICE WARNER
concurs.
¶22 I concur in the result of the Court’s Opinion, but not in all that is said therein. Rule 52(a), M.R.Civ.P., does require that the reasons for granting a preliminary injunction be set forth. It is not required that there be a lengthy explanation, and the rule does not specify the form required. A memorandum containing the District Court’s reasoning is sufficient if the findings of fact and conclusions of law appear therein. Rule 52(a), M.R.Civ.P.; Marriage of Jensen (1981), 193 Mont. 247, 260, 631 P.2d 700, 707. Should counsel for a party assist the district court by preparing proposed findings, he or she should also take care that the rule is followed.